# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case no. 2:18-cr-00078-RFB-PAL-1 |
| Plaintiff, | **ORDER** |
| v. | |
| LEE ANN FERRAVANTI, | |
| Defendant. | |

On September 21, 2018, the Court granted counsel's Sealed Ex Parte Motion to Withdraw as Counsel and Request for Appointment of Conflict-Free Counsel (ECF No. 16). Accordingly,

**IT IS HEREBY ORDERED** that **David T. Brown** is appointed as counsel for Lee Ann Ferravanti in place of the Federal Public Defender for all future proceedings.

The Federal Public Defender's office shall forward the file to Mr. Brown forthwith.

DATED this 27th day of September, 2018.
*Nunc pro tunc: September 27, 2018.*

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE